**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CHARLES CORNELIUS,

    Plaintiff,

v.                                          Case No. 6:21-mc-167-WWB-DCI

ROLLINS RANCHES, LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Quash Subpoena and for Protective Order, or to Transfer Jurisdiction (Doc. 1). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 3), in which he recommends that the Motion be granted in part to the extent that the Clerk is directed to transfer the Motion to the United States District Court for the Southern District of Florida. (Doc. 3 at 7).

After an independent de novo review of the record, and noting no timely objections were filed, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

In accordance with the foregoing, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Quash Subpoena and for Protective Order, or to Transfer Jurisdiction (Doc. 1) is **GRANTED in part**. The Clerk is directed

to transfer the Motion (Doc. 1) to the United States District Court for the Southern District of Florida and to close the case.

**DONE AND ORDERED** in Orlando, Florida on February 8, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record